```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
_____
                              :
JESSE BARNEY HELMS,           :
                              :
          Plaintiff,          :   Civ. No. 22-1325 (NLH) (MJS)
                              :
     v.                       :   OPINION
                              :
                              :
OFFICER MILLER,               :
                              :
          Defendant.          :
_____:
```

APPEARANCE:

Jesse Barney Helms
989200B/1301892
South Woods State Prison
215 Burlington Road
Bridgeton, NJ 08620

    Plaintiff Pro se

HILLMAN, District Judge

    Plaintiff Jesse Barney Helms submitted this civil action on March 10, 2022. See ECF No. 1 (Complaint).

    The Court administratively terminated the complaint on March 14, 2022 as Plaintiff had not paid the filing fee or submitted a complete in forma pauperis application. ECF No. 4. The Court directed the Clerk to send Plaintiff the appropriate forms for Plaintiff's completion and return. Id.

    Plaintiff was transferred to a new facility after the Court's order was sent out. He submitted his new address to the

Clerk's Office, ECF No. 8, and the mail sent to Plaintiff at his prior location was returned to the Clerk's Office, ECF No. 9.

Plaintiff wrote to the Court asking for more time to submit his in forma pauperis application as well as a new copy of the in forma pauperis form.  ECF No. 10.  The Court will grant his requests and direct the Clerk to send the forms to Plaintiff at his new location.  Plaintiff should return the forms within 30 days of this Order.  The Clerk will be directed to reopen the matter upon receipt of Plaintiff's in forma pauperis application or the $402 filing and administrative fees.

An appropriate Order follows.

Dated: April 14, 2022             s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.